**STATE v. HUCKELBA**

[368 N.C. 569 (2015)]

STATE OF NORTH CAROLINA
v.
ANNA LAURA HUCKELBA

No. 156A15

Filed 18 December 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 771 S.E.2d 809 (2015), reversing judgments entered on 3 October 2013 by Judge R. Stuart Albright in Superior Court, Guilford County, and remanding for a new trial. Heard in the Supreme Court on 17 November 2015.

*Roy Cooper, Attorney General, by Catherine F. Jordan, Assistant Attorney General, for the State-appellant.*

*Edward Eldred for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.